IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| FOUNDATION MINERALS, LLC § <br>     Plaintiff, § <br> § <br> v. § <br> § <br> BERT MADERA, MONTIE CAROL § <br> MADERA, DICK MCCALL, MILDRED § <br> MCCALL, PITCHFORK CATTLE § <br> COMPANY, LLC, and OZARK § <br> ROYALTY COMPANY, LLC, aka and/or § <br> dba OZARK ROYALTY CO., LLC § <br>     Defendants. § | Case No. 2:17-CV-01099 CG-KRS |

## MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiff, FOUNDATION MINERALS, LLC, by and through its counsel, hereby moves the Court for an order dismissing, without prejudice to the right to refile, all claims that were brought in this action by Plaintiff against all of Defendants, BERT MADERA and MONTIE CAROL MADERA, DICK MCCALL and MILDRED MCCALL, PITCHFORK CATTLE COMPANY, LLC, and OZARK ROYALTY COMPANY, LLC, a/k/a and/or d/b/a OZARK ROYALTY CO., LLC.

WHEREFORE, Plaintiff moves the Court for an order dismissing, without prejudice to the right to refile, all claims that were brought in this action by Plaintiff against Defendants, and further that Plaintiff shall bear its own attorneys' fees and costs.

Respectfully submitted,

**HAMM FRENCH, PLLC**
3000 N. Garfield, Suite 205
Midland, Texas 79705
Phone: (432) 375-6060

By: ___/s/ Jason B. Hamm___
   JASON B. HAMM
   jason@hammfrench.com

*Attorney for Plaintiff*