## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

FOUNDATION MINERALS, LLC,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　　No. CV 17-1099 CG/KRS

BERT MADERA, et al.,

    Defendants.

### ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE

**THIS MATTER** is before the Court on Plaintiff's *Motion to Dismiss Without Prejudice*, (Doc. 8), filed December 5, 2017. The Court, having considered the Motion and record of the case, and being fully advised of the premises, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that all claims brought in this action by Plaintiff against Defendants are hereby **DISMISSED WITHOUT PREJUDICE**. Plaintiff shall bear its own costs and attorney's fees.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE